EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2012 TSPR 182 |
|---|---|
| Harley Rullán Castillo | 187 DPR ____ |

Número del Caso: TS-12717

Fecha: 7 de diciembre de 2012

Materia: Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Harley Rullán Castillo

TS-12717

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 7 de diciembre de 2012.

Examinada la solicitud de reinstalación presentada por el Lcdo. Harley Rullán Castillo, ha lugar. Se autoriza la reinstalación del licenciado Rullán Castillo al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo